AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

APPEARANCE

Case Number: 04CR10043 GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Carlos Martinez Guerrero

I certify that I am admitted to practice in this court.

Feb. 25, 04
Date

Signature: (signed) Connell

Print Name: John Connell

Bar Number: _____

Address: 79 Tedesco Street

City: Marblehead    State: MA    Zip Code: 01945

Phone Number: (617) 227-3415    Fax Number: 617-305-9206