AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

CARLOS MARTINEZ-GUERRERO
a/k/a SERGIO LUIS SANTIAGO

**WARRANT FOR ARREST**

CASE NUMBER: 04-CR-10043-GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  CARLOS MARTINEZ-GUERRERO a/k/a SERGIO LUIS SANTIAGO
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Unlawfully reentry of removed alien

in violation of Title  8  United States Code, Section(s)  1326

Theresa Catino
Name of Issuing Officer

Data Quality Analyst
Title of Issuing Officer

Theresa Catino
Signature of Issuing Officer

2/18/04
Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT ON 2/24/04 | |

This form was electronically produced by Elite Federal Forms, Inc.